**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:    Civil  No. 05-11211

    Title:  Neighborhood Associationg of the Back Bay, Inc., et al. v. Federal Transit Administration, et al.

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lindsay has been reassigned to Judge Tauro for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials   JLT  .

Thank you for your cooperation in this matter.

                SARAH A. THORNTON
                CLERK OF COURT

        By:    /s/ Christine M. Patch
                Deputy Clerk

Date: _____

(Notice of LR40.1 Reassign.wpd - 3/7/2005)