UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

    Plaintiffs,

    v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

    Defendants

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Plaintiffs, Neighborhood Association of the Back Bay, and The Boston Preservation Alliance, Inc. in the above-captioned matter.

Respectfully submitted,
The Plaintiffs,
Neighborhood Association of the Back Bay, Inc. and
The Boston Preservation Alliance, Inc.
By their attorneys,

_____
Laurence E. Hardoon, BBO# 221360
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

DATED: July 6, 2005