UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al.<br>　　　Plaintiffs<br><br><br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>　　　Defendants | CIVIL ACTION<br>NO. 05cv11211-JLT |

## NOTICE OF APPEARANCE OF STEPHEN M. LEONARD

　　Please enter my appearance on behalf of defendant, Massachusetts Bay Transportation Authority.

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　**Massachusetts Bay Transportation Authority**
　　　　　　　　　　By its attorneys,


　　　　　　　　　　/s/ Stephen M. Leonard
　　　　　　　　　　Stephen M. Leonard (BBO #294080)
　　　　　　　　　　BROWN RUDNICK BERLACK ISRAELS LLP
　　　　　　　　　　One Financial Center
　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　(617) 856-8200
　　　　　　　　　　Dated: August 12, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

| | |
|---|---|
| John R. Devereaux<br>Neighborhood Association of the Back Bay, Inc<br>337 Newbury Street<br>Boston, MA 02115 | Barbara Healy Smith<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 |
| Laurence E. Hardoon<br>Brody, Hardoon, Perkins & Kesten<br>One Exeter Plaza<br>Boston, MA 02116 | |

Dated:  August 12, 2005

      /s/ Stephen M. Leonard
Stephen M. Leonard

# 1382152 v1 - LEONARSM - 020445/0008