UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al.<br>Plaintiffs<br><br><br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br>Defendants | CIVIL ACTION<br>NO. 05cv11211-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JENNIFER M. RYAN

Please withdraw the appearance of Jennifer M. Ryan as counsel for defendant Massachusetts Bay Transportation Authority in the above captioned matter. Stephen M. Leonard of Brown Rudnick Berlack Israels LLP will remain as counsel for the defendant Massachusetts Bay Transportation Authority.

August 29, 2005

    Respectfully submitted,
    **Massachusetts Bay Transportation Authority**
    By its attorneys,


    /s/ Jennifer M. Ryan
    Stephen M. Leonard (BBO #294080)
    Jennifer M. Ryan (BBO # 661498)
    BROWN RUDNICK BERLACK ISRAELS LLP
    One Financial Center
    Boston, MA 02111
    (617) 856-8200
    Dated: July 26, 2005

-2-

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

| | |
|---|---|
| John R. Devereaux<br>Neighborhood Association of the Back Bay, Inc<br>337 Newbury Street<br>Boston, MA 02115 | Barbara Healy Smith<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210 |
| Laurence E. Hardoon<br>Brody, Hardoon, Perkins & Kesten<br>One Exeter Plaza<br>Boston, MA 02116 | |

                         /s/ Jennifer M. Ryan
Dated: August 29, 2005              Jennifer M. Ryan

# 1382097 v1 - RYANJM - 020445/0007