UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

    Plaintiffs,

    v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

    Defendants

## MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

The plaintiffs hereby moves that the Court, pursuant to Fed.R.Civ.P.Rule 65, issue a preliminary and permanent injunction against the defendants, enjoining them from proceeding with the Copley Station Project in issue at this juncture and, particularly, restraining the defendant Federal Transit Authority (FTA) from disbursing, and the defendant Massachusetts Bay Transportation Authority (MBTA) from accepting or using federal funds, for use in

    (a) construction on the site of the National Historic Landmark Boston Public Library;
    (b) construction obstructing the view of and adversely affecting the design of the National Historic Landmark Boston Public Library;
    (c) construction obstructing the view of National Historic Landmark Old South Church ;
    (d) construction, including subterranean excavation, that may adversely impact the Old South Church;
    (e) the removal of the existing headhouse at the inbound entrance to Copley Station;
    (f) alterations or modifications to the existing headhouse at the inbound entrance to Copley Station;
    (g) alterations or modifications to the existing stone plaza and steps at the inbound entrance to Copley Station;

(h) construction obstructing the view of the existing headhouse at the inbound entrance to Copley Station;
(i) construction obstructing the views and altering the streetscape within the Back Bay Historic District.

A memorandum of law, with supporting affidavits, is attached hereto, along with a proposed order.

### Request for Oral Argument

Pursuant to Local Rule 7.1(D), the plaintiff hereby request to be heard on this motion prior to October 6, 2005, the date the MBTA Board of Directors is scheduled to vote on the award of the construction contract.

### Certification Pursuant to Local Rule 7.1(A)(2)

The undersigned counsel certify that they have conferred with counsel for the defendants and have attempted in good faith to resolve or narrow the issues.

Respectfully submitted,
The Plaintiffs,
Neighborhood Association of the Back Bay, Inc. and The Boston Preservation Alliance, Inc.
By their Attorneys,

*/s/ Laurence E. Hardoon*
Laurence E. Hardoon, BBO #221360
Deidre Brennan Regan, BBO#552432
Brody, Hardoon, Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

*/s/ John Devereaux*
John R. Devereaux, Esq., BBO#122200
Neighborhood Association of the Back Bay, Inc.
337 Newbury Street
Boston, MA 02115
(617) 267-0377

Dated: September 12, 2005