UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.
Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM
IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4) of the United States District Court for the District of Massachusetts, the plaintiffs Neighborhood Association of the Back Bay, Inc. and the Boston Preservation Alliance, Inc., hereby move for leave to file a Memorandum In Support of their Motion for Preliminary Injunction in excess of twenty pages.

In support of this motion, the plaintiffs state that the additional pages are necessary in order (1) to adequately describe the actions undertaken (and those not undertaken) by the defendants in terms of the Copley Station Project (2) to fully address the important issues and pertinent statutes and regulations relating to the preservation of the National Historic Landmarks Boston Public Library and Old South Church and various National Register of Historic Places that make up the unique triangle of historic sites in the Back Bay Historic District, upon and within which the Project lies. This unique cluster of historic venues and its streetscape will be irrevocably altered if the defendants are permitted to

proceed with the current design for the Copley Station Project without having fully and properly complied with the laws enacted to protect and preserve architecturally, culturally, and historically significant properties.

WHEREFORE, the plaintiffs respectfully request that the Court grant them their Motion for Leave to File a Memorandum in Excess of Twenty Pages.

> Respectfully submitted,
> The Plaintiffs,
> Neighborhood Association of the Back Bay, Inc. and The Boston Preservation Alliance, Inc.
> By their attorneys,
>
> _/s/ Laurence E. Hardoon_
> Laurence E. Hardoon, Esq., BBO# 221360
> Deirdre Brennan Regan, BBO# 552432
> Brody, Hardoon, Perkins & Kesten, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100
>
> _/s/ John Devereaux_
> John R. Devereaux Esq., BBO# 122200
> Neighborhood Association of the
> Back Bay, Inc
> 337 Newbury Street
> Boston, Massachusetts 02115
> (617) 267-0377

DATED: September 12, 2005