UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

    Plaintiffs,

    v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

    Defendants

## PLAINTIFF'S MOTION TO REFER MATTER TO UNITED STATES MAGISTRATE JUDGE JUDITH DEIN

The plaintiffs, Neighborhood Association of the Back Bay, Inc. and the Boston Preservation Alliance, Inc. request that this Court refer this matter, particularly and including the pending Motion for Preliminary Injunction, to United States Magistrate Judge Judith G. Dein. 28 U.S.C. § 636.

As grounds for this motion, the plaintiffs state that this Court referred the summary judgment papers in a related case, Case No. 04cv11550-RCL, Neighborhood Association of the Back Bay, Inc. et al. v. Federal Transit Authority et al., to Magistrate Dein in May 2005. Magistrate Dein heard that motion in June 2005. Magistrate Dein thus is familiar with the background of and the issues presented in that related case, a case which involves a project on Arlington Street MBTA station that is a part of the same bid package as that of the Copley Street MBTA station project in issue here. Given that the background for the two cases

are related, and that they involve the same contract and related concerns and claims, including those under the National Historic Preservation Act, it would be in the interest of judicial economy and efficiency that Magistrate Dein be assigned to the instant matter as well.

Respectfully submitted,
The Plaintiffs,
Neighborhood Association of the Back Bay, Inc. and The Boston Preservation Alliance, Inc.
By their Attorneys,

Laurence E. Hardoon, BBO #221360
Deidre Brennan Regan, BBO#552432
Brody, Hardoon, Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116
(617)880-7100

John R. Devereaux, Esq., BBO#122200
Neighborhood Association of the Back Bay, Inc.
337 Newbury Street
Boston, MA 02115
(617) 267-0377

Dated: September 12, 2005