UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

　　Plaintiffs,

　　v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

　　Defendants

## PRELIMINARY/PERMANENT INJUNCTION

The defendants are enjoined from proceeding with the Copley Station Project in issue at this juncture and, particularly, the defendant Federal Transit Authority (FTA) is restrained from disbursing, and the defendant Massachusetts Bay Transportation Authority (MBTA) is restrained from accepting or using federal funds, for use in

> (a) construction on the site of the National Historic Landmark Boston Public Library;
> (b) construction obstructing the view of and adversely affecting the design of the National Historic Landmark Boston Public Library;
> (c) construction obstructing the view of National Historic Landmark Old South Church;
> (d) construction, including subterranean excavation, that may adversely impact the Old South Church;
> (e) the removal of the existing headhouse at the inbound entrance to Copley Station;
> (f) alterations or modifications to the existing headhouse at the inbound entrance to Copley Station;
> (g) alterations or modifications to the existing stone plaza and steps at the inbound entrance to Copley Station;
> (h) construction obstructing the view of the existing headhouse at the inbound entrance to Copley Station;

(i) construction obstructing the views and altering the streetscape within the Back Bay Historic District.

By:

_____, J.

Dated: