UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEIGHBORHOOD ASSOCIATION<br>OF THE BACK BAY, INC., et al.,<br><br>Plaintiffs,<br><br>FEDERAL TRANSIT<br>ADMINISTRATION and<br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05cv11211-JLT |

### NOTICE OF APPEARANCE OF ERIKA M. HOLMES

Please enter my appearance on behalf of defendant, Massachusetts Bay Transportation Authority, in the above-captioned matter.

                                                     Respectfully submitted,
                                                     **Massachusetts Bay Transportation Authority**
                                                      By its attorneys,

                                                      _/s/ Erika M. Holmes_
                                                      Erika M. Holmes (BBO #657243)
                                                      BROWN RUDNICK BERLACK ISRAELS LLP
                                                      One Financial Center
                                                      Boston, MA 02111
                                                      (617) 856-8200

Dated: September 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by U.S. first class mail on all parties listed below:

John R. Devereaux
Neighborhood Association of the Back Bay, Inc
337 Newbury Street
Boston, MA 02115

Laurence E. Hardoon
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Dated: September 13, 2005

Erika M. Holmes

# 1387463 v1 - HOLMESEM - 020445/0008