IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. and THE BOSTON PRESERVATION ALLIANCE, INC.<br><br>   Plaintiff(s),<br><br> v.<br><br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 05-11211-JLT |

**ASSENTED-TO PROPOSED BRIEFING SCHEDULE**

The parties to this action, having conferred, and having taken into account that defendant MBTA represents that it will not award the contract at issue prior to October 24, 2005, propose that defendants' responses to plaintiffs' Motion for a Preliminary Injunction be filed by October 7, 2005, and that argument be scheduled, if convenient for the Court, for October 17, 18 or 19.

               Respectfully submitted,

               By their attorneys,

| FEDERAL TRANSIT ADMINISTRATION | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | NEIGHBORHOOD ASSOC. OF THE BACK BAY, ET AL. |
|---|---|---|
| /s/ Barbara Healy Smith<br>Barbara Healy Smith<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 | /s/ Stephen M. Leonard*<br>Stephen M. Leonard<br>(BBO#294080)<br>Brown, Rudnick, Berlack & Israels, LLP<br>One Financial enter<br>Boston, MA 02111<br>(617-856-8247<br>*by BHS, with permission | /s/ Laurence E. Hardoon*<br>Laurence E. Hardoon,<br>BBO#221360<br>Brody, Hardoon, Perkins & Kesten LLP<br>One Exeter Plaza<br>Boston MA 02116<br>(617) 880-7100<br>* by BHS, with permission |