UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil Action No.: 05-11211JLT

2005 OCT -6  P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

Defendants

### AFFIDAVIT OF COMPLIANCE UNDER G.L. Ch. 223A §6(a)(3) and RULE 4(e)

I, Laurence E. Hardoon, Esq. of Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, Massachusetts, attorney for the Plaintiff in the above-entitled action, do hereby state that on June 9, 2005, co-counsel John Devereaux caused to be mailed by Certified Mail, Return Receipt Requested Number 7004 1350 0005 6461 8349 to the Defendant, Federal Transit Administration, a copy of the Summons and Complaint in this action and that the attached print out from the United States Postal Service indicates the postal authorities made duly delivery thereof.

SIGNED under the pains and penalties of perjury this 6th day of October, 2005.

_____
Laurence E. Hardoon