◎AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

2005 OCT -6  P 12: 12

District of __Massachusetts__

U.S. DISTRICT COURT
DISTRICT OF MASS.

Neighborhood Association of the Back Bay, Inc.,
Boston Preservation Alliance, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Federal Transit Administration,
Massachusetts Bay Transportation Authority

CASE NUMBER:

TO: (Name and address of Defendant)

Massachusetts Bay Transportation Authority
10 Park Plaza
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John R. Devereaux, Esq.
c/o NABB
337 Newbury Street
Boston, Massachusetts  02115

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN -9 2005

CLERK

(By) DEPUTY CLERK

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

05 11211 RCL

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 9th 2005 |
| NAME OF SERVER (PRINT) John Roberto | TITLE Process Server + disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By delivering In-Hand to Ellen McKenna, Cashier, Massachusetts Bay Transit Authority 10 Park Plaza Boston, Ma.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 9th 2005    _[signature]_
            Date              Signature of Server

            92 State St. Boston, Ma.
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.