UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Civil Action No.: 05-11211JLT

2005 OCT -6  P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

    Plaintiffs,

    v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

    Defendants

**AFFIDAVIT OF COMPLIANCE UNDER G.L. Ch. 223A §6(a)(3) and RULE 4(e)**

    I, Laurence E. Hardoon, Esq. of Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, Massachusetts, attorney for the Plaintiff in the above-entitled action, do hereby state that on, I caused to be mailed by Certified Mail, Return Receipt Requested Number 7004 2890 0000 0428 4677 to the Attorney General for the United States District Court, a copy of the First Amended Complaint for Declatory and Injunctive Relief in this action pursuant to Rule 4(i)(B) and that the attached Return Receipt was returned, the postal authorities having made duly delivery thereof.

    SIGNED under the pains and penalties of perjury this 6th day of October, 2005.

*Laurence Hardoon*
Laurence E. Hardoon