| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al., </br></br>Plaintiffs, </br></br>v. </br></br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, </br></br>Defendants. | CIVIL ACTION </br>NO. 05cv11211-JLT |

### MOTION TO STRIKE AFFIDAVIT OF JANET HURWITZ

Defendant Massachusetts Bay Transportation Authority ("MBTA") hereby moves to strike the Affidavit of Janet Hurwitz ("Affidavit"), filed by plaintiffs in support of their Motion for Preliminary and Final Injunction, for the following reasons, which are more fully set forth in the accompanying memorandum:

1. The filing of the Affidavit and the actions described in the Affidavit constitute violations of the relationship between the affiant and the MBTA that is established by Massachusetts General Laws Chapter 268A; and

2. Much of the Affidavit and many of its attachments are inadmissible hearsay.

WHEREFORE, the MBTA requests that this court strike the Affidavit of Janet Hurwitz and disregard any reference to the Affidavit or its attachments in plaintiffs' other papers.

        Respectfully submitted,

**Massachusetts Bay Transportation Authority**

By its attorneys,

/s/ Stephen M. Leonard
Stephen M. Leonard (BBO #294080)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: October 7, 2005

## Local Rule 7.1 Certification

I hereby certify that, beginning on September 26, 2005, I conferred by telephone, by electronic mail and by letter with Attorney Laurence E. Hardoon, counsel for plaintiffs, and with his colleague Judith Levenson and provided to them a copy of a contract that bears on the issues raised by this motion but have failed to resolve or narrow the issue presented by this motion.

/s/ Stephen M. Leonard
Stephen M. Leonard

# 1391706 v1 - MELTZRA - 020345/0028