IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC. and THE BOSTON PRESERVATION ALLIANCE, INC. | ) ) ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )     Civil Action No.: 05-11211-JLT |
| | ) |
| FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT FTA'S ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendant FTA seeks leave of court to exceed the page limit of L.R. 7.1(B)(4), in the brief defendant is filing in response to plaintiffs' Motion for a Preliminary and Final Injunction. As grounds therefor, the FTA states that

i)     the claims and issues raised in plaintiffs' 35- page brief concern agency action taken pursuant to federal historic preservation and transportation laws, implicating five statutes and two complex statutory and regulatory schemes, which defendant has summarized for the Court's convenience;

ii)     the agency proceedings are contained a two-volume administrative record of proceedings that defendant has summarized at the front of its brief for the convenience of the Court;

iii)     In addition, since plaintiffs are seeking a permanent injunction, they have essentially asked this Court to decide the merits, and so defendant FTA's brief must address all of the issues necessary for this Court to make a final determination;

Plaintiffs have assented to this motion and the relief sought herein.

WHEREFORE, defendant respectfully requests that the Court grant this Motion and enter an order allowing the FTA to file an over-length brief not to exceed 36 pages.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: 11 October 2005          By:      /s/ Barbara Healy Smith
                                         BARBARA HEALY SMITH
                                         Assistant U.S. Attorney
                                         John Joseph Moakley U.S. Courthouse
                                         1 Courthouse Way - Suite 9200
                                         Boston, MA 02210
                                         (617) 748-3263

---

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel certifies that on 11 October 2005, she contacted plaintiffs' counsel regarding the grounds for and relief requested by this motion, and counsel assented to the motion.

  /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney