UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 05cv11211-JLT |
| V. | ) ) | |
| FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | ) ) ) ) ) | |
| Defendants. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DEFENDANT MASSACHUSETTS BAY TRANSPORTAION AUTHORITY'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(B)(4), the Massachusetts Bay Transportation Authority ("MBTA") hereby seeks for leave to submit a brief in excess of 20 pages, in support of its opposition to Plaintiffs' motion for a preliminary injunction. In support of this motion, MBTA states as follows:

1.     Plaintiffs' memorandum of law in support of their motion for a preliminary injunction spans thirty-five pages and implicates three statues, two of which involve complex regulatory schemes; therefore, it is necessary for the MBTA to exceed the twenty-page limit in responding to Plaintiffs' assertions.

2.     The administrative record in this matter spans over ten years. The MBTA has summarized this record at the start of its brief for the convenience of this Court.

3.     Counsel has attempted to minimize the degree to which its opposition exceeds the twenty-page limit.

Wherefore, for the foregoing reasons, the MBTA respectfully requests that this Court grant its motion for leave to file its opposition to Plaintiffs' motion.

Respectfully submitted,

**Massachusetts Bay Transportation Authority**

By its attorneys,


/s/Erika M. Holmes
Erika M. Holmes (BBO #657243)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: October 11, 2005

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by electronic mail and US mail.

/s/ Erika M. Holmes
Erika M. Holmes BBO#657243

# 1391458 v1 - HOLMESEM - 020445/0008