UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., and THE BOSTON PRESERVATION ALLIANCE, INC.

Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants

## PLAINTIFFS' (ASSENTED TO) MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY AND FINAL INJUNCTION

Pursuant to Rule 7.1(B)(3), the plaintiffs request leave of this court to file the attached reply memorandum in support of their motion for preliminary and final injunction.

In support, the plaintiffs submit that, in their oppositions, the defendants argue that the plaintiffs delayed in seeking relief and cannot thus be said to have suffered irreparable harm. The plaintiffs' reply addresses this contention. They believe that this reply will assist the court in resolving this and other issues and arguments in this matter.

Plaintiffs' counsel conferred with counsel for both defendants MBTA and FTA in advance of filing this motion and both have assented to the filing of a reply addressing the above.

Respectfully submitted,
The Plaintiffs,
Neighborhood Association of the Back Bay,
Inc. and The Boston Preservation Alliance, Inc.
By their Attorneys,


/s/ Laurence E. Hardoon
Laurence E. Hardoon,
BBO #221360
Brody, Hardoon, Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116
(617)880-7100


/s/ John R. Devereaux
John R. Devereaux, Esq., BBO#122200
Neighborhood Association of the Back Bay, Inc.
337 Newbury Street
Boston, MA 02115
(617) 267-0377

Assented to by:


/s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3263


/s/ Stephen M. Leonard
Stephen M. Leonard, BBO# 294080
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

DATED: October 17, 2005