UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., and THE BOSTON PRESERVATION ALLIANCE, INC.

Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants

## SUPPLEMENTAL AFFIDAVIT OF JANET HURWITZ

I, Janet Hurwitz, depose and state as follows:

1. In approximately August 1993, while I was operating my own architecture firm in the Back Bay, Mr. David Lee, one of the principals of Stull and Lee, Inc., contacted me to explore my potential interest in providing part time consulting services to his firm. At the time, Stull and Lee was in the process of preparing a proposal to provide sub-consulting services to Gannett Fleming, an engineering and planning firm. Gannett Fleming, in turn, was bidding on a contract that the Massachusetts Bay Transportation Authority ("MBTA") planned to award in connection with its Light Rail Accessibility Project.

2. I agreed to be listed as the Project Architect for purposes of Stull and Lee's proposal to Gannett Fleming, with the understanding

1

that if the MBTA awarded its contract to Gannett Fleming, Mr. Lee and I would then discuss whether I was available to work on the Project. I was aware that the contract selection process generally is a lengthy one.

3. Approximately ten months later, in October 1994, after the MBTA had awarded its contract to Gannet Fleming, which in turn had engaged the services of Stull and Lee as a sub-consultant, Mr. Lee contacted me again to discuss whether I remained interested and available to work on the Project.

4. We agreed upon a work arrangement whereby I provided part-time consulting services to Stull and Lee in connection with its portion of the Light Rail Accessibility Project by working out of Stull and Lee's office. At the same time, I retained my other clients and provided services to them from my home office in the Back Bay.

5. I had no communication with anyone from the MBTA or Gannett Fleming about the scope or type of services I would perform for Stull and Lee, nor did they supervise my work.

Signed under the pains and penalties of perjury this 17th day of October, 2005.

_____
JANET HURWITZ