UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al., | * * * * | |
| Plaintiffs, | * * | Civil Action No. 05-11211-JLT |
| v. | * * | |
| FEDERAL TRANSIT ADMINISTRATION, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, | * * * * | |
| Defendants. | * | |

ORDER

November 8, 2005

TAURO, J.

The court hereby orders that:

1. Plaintiff's <u>Motion for Preliminary and Permanent Injunction</u> [#12] is DENIED.

A MEMORANDUM WILL ISSUE.

    /s/ Joseph L. Tauro
United States District Judge