FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2005 NOV 23 P 3: 41

Civil Action No.: 05-11211JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

 Plaintiffs,

 v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

 Defendants

68453
255
pcr
11-28-05

## NOTICE OF APPEAL

 Notice is hereby given that the Neighborhood Association of the Back Bay, Inc. and

The Boston Preservation Alliance, Inc., plaintiffs in the above named case, hereby appeal

to the United States Court of Appeals for the First Circuit from the Order entered in this

matter by the District Court on November 8, 2005.

 The plaintiffs hereby request that the District Court record be certified and

forwarded to the Clerk of the First Circuit Court of Appeals.

     Respectfully submitted,
     The Plaintiffs,
     Neighborhood Association of the Back Bay,
     Inc. and The Boston Preservation Alliance, Inc.
     By their Attorneys,

     Laurence E. Hardoon,
     BBO #221360
     Deidre Brennan Regan, BBO#
     Brody, Hardoon, Perkins & Kesten LLP
     One Exeter Plaza
     Boston, MA 02116
     (617) 880-7100

1

John R. Devereaux, Esq., BBO#122200
Neighborhood Association of the Back Bay, Inc.
337 Newbury Street
Boston, MA 02115
(617) 267-0377

Dated: November 23, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by mail-hand on _11-23-05_

2