UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

FILED
IN CLERKS OFFICE
2005 NOV 23 P 3: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

NEIGHBORHOOD ASSOCIATION OF THE
BACK BAY, INC., and THE BOSTON
PRESERVATION ALLIANCE, INC.

Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION
and MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

Defendants

---

## MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to Fed. R. Civ. P. 62(c), the Neighborhood Association of the Back Bay, Inc. and The Boston Preservation Alliance, Inc., plaintiffs in the above named case, request that this Court issue an injunction in this case pending their appeal from this Court's Order dated November 8, 2005. In support of their motion, the plaintiffs submit with this motion a supporting memorandum of law.

Respectfully submitted,

The Plaintiffs,
Neighborhood Association of the Back Bay,
Inc. and The Boston Preservation Alliance, Inc.
By their Attorneys,

*/s/ Laurence E. Hardoon*
Laurence E. Hardoon,
BBO #221360
Brody, Hardoon, Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116
(617)880-7100

1

_/s/ John R. Devereaux_
John R. Devereaux, Esq., BBO#122200
Neighborhood Association of the Back Bay, Inc.
337 Newbury Street
Boston, MA 02115
(617) 267-0377

Dated: November 23, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11-22-05

_/s/ Lauren Hackett_