UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-11211JLT

NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., and THE BOSTON PRESERVATION ALLIANCE, INC.

Plaintiffs,

v.

FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the Plaintiffs in the above-captioned matter and certifies that they have conferred with Barbara Healy Smith and Steven Leonard, counsel for the Federal Transportation Authority and Massachusetts Bay Transportation Authority, respectively, by telephone November 30 and December 1, 2005, pursuant to Rule 7.1, regarding Plaintiffs' *Motion For Injunction Pending Appeal* and supporting memorandum, in a good faith attempt to resolve or narrow the issues raised in said motion and that we have been unable to do so.

Respectfully submitted,
The Plaintiffs,
Neighborhood Association of the Back Bay, Inc. and The Boston Preservation Alliance, Inc.
By their Attorneys,

/s/ Laurence E. Hardoon
Laurence E. Hardoon, BBO #221360
Deidre R. Regan, BBO# 552432
Brody, Hardoon, Perkins & Kesten LLP
One Exeter Plaza
Boston, MA 02116
(617)880-7100

DATED: December 7, 2005

1