UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number: 06-1029

USDC Docket Number : 05-cv-11211

Neighborhood Association of the Back Bay, Inc., et al

v.

The Boston Preservation Alliance, Inc.,

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered ( case file) are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 27, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __1/27/06__.

_____
Deputy Clerk, US Court of Appeals

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11211-JLT

| | |
|---|---|
| Neighborhood Association of the Back Bay, Inc. et al v. Federal Transit Administration et al<br>Assigned to: Judge Joseph L. Tauro<br>Related Case: 1:04-cv-11550-JLT<br>Cause: JS 44 Sec. IV - no matching citation currently in database | Date Filed: 06/09/2005<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Neighborhood Association of the Back Bay, Inc.** represented by **John Devereaux**
Office of John R. Devereaux
Neiighborhood Association of the Back Bay, Inc.
337 Newbury Street
Boston, MA 02115
617-267-0377
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence E. Hardoon**
Brody, Hardoon, Perkins & Kesten, LLP
12th Floor
One Exeter Plaza
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: lhardoon@bhpklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Boston Preservation Alliance, Inc.** represented by **John Devereaux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence E. Hardoon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Federal Transit Administration**   represented by   **Barbara Healy Smith**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3969
Email: barbara.h.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts Bay Transportation Authority**   represented by   **Erika M. Holmes**
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th floor
Boston, MA 02111
627/856-8543
Fax: 617/856-8201
Email: eholmes@brbilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Leonard**
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th floor
Boston, MA 02111
617-856-8148
Fax: 617-856-8201
Email: sleonard@brownrudnick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2005 | 1 | COMPLAINT for Declaratory and Injunctive Relief against Federal Transit Administration, Massachusetts Bay Transportation Authority Filing fee: $ 250, receipt number 05-11211, filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Attachments: # 1 Exhibit (2) Civil Cover Sheet)(Johnson, Jay) Modified on 6/10/2005 (Johnson, Jay). (Entered: 06/10/2005) |
| 06/09/2005 | | Summons Issued as to Federal Transit Administration, Massachusetts Bay Transportation Authority. (Johnson, Jay) (Entered: 06/10/2005) |
| 06/09/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Johnson, Jay) (Entered: 06/10/2005) |
| 06/24/2005 | | Judge Reginald C. Lindsay : Electronic ORDER OF RECUSAL. I disqualify myself from further participation in this matter because I am a member of the board of directors of an organization, Partners for Youth with Disabilities, which serves constituents who, because of their disabilities and difficulties in finding accessible transportation, have an interest in issues raised in this litigation. The clerk shall have this matter redrawn to another judge.(Lindsay, Reginald) (Entered: 06/24/2005) |
| 06/29/2005 | 2 | Case Reassigned to Judge Joseph L. Tauro. Judge Reginald C. Lindsay no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Patch, Christine) (Entered: 06/29/2005) |
| 07/06/2005 | 3 | NOTICE of Appearance by Laurence E. Hardoon on behalf of Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc. (Patch, Christine) (Entered: 07/07/2005) |
| 07/06/2005 | 4 | AMENDED COMPLAINT against Federal Transit Administration, Massachusetts Bay Transportation Authority, filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Patch, |

| | | |
|---|---|---|
| | | Christine) (Entered: 07/07/2005) |
| 07/26/2005 | 5 | ANSWER to Amended Complaint by Massachusetts Bay Transportation Authority.(Ryan, Jennifer) (Entered: 07/26/2005) |
| 08/12/2005 | 6 | ANSWER to Amended Complaint by Federal Transit Administration.(Smith, Barbara) (Entered: 08/12/2005) |
| 08/12/2005 | 7 | NOTICE of Appearance by Jennifer M. Ryan on behalf of Massachusetts Bay Transportation Authority (Ryan, Jennifer) (Entered: 08/12/2005) |
| 08/16/2005 | 8 | NOTICE of Appearance by Stephen M. Leonard on behalf of Massachusetts Bay Transportation Authority (Leonard, Stephen) (Entered: 08/16/2005) |
| 08/16/2005 | 9 | Administrative Record Volume I by Federal Transit Administration. (Abaid, Kim) (Entered: 08/16/2005) |
| 08/16/2005 | 10 | Administrative Record Volume II by Federal Transit Administration. (Abaid, Kim) (Entered: 08/16/2005) |
| 08/29/2005 | 11 | NOTICE of Withdrawal of Appearance by Jennifer M. Ryan (Ryan, Jennifer) (Entered: 08/29/2005) |
| 09/12/2005 | 12 | MOTION for Preliminary Injunction by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc..(Hardoon, Laurence) (Entered: 09/12/2005) |
| 09/12/2005 | 13 | MOTION for Leave to File *Memorandum in Excess of Twenty Pages* by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc..(Hardoon, Laurence) (Entered: 09/12/2005) |
| 09/12/2005 | 14 | CONSENT to Jurisdiction by US Magistrate Judge by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc... (Hardoon, Laurence) (Entered: 09/12/2005) |
| 09/12/2005 | 15 | Proposed Document(s) submitted by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. Document received: Order on Preliminary/Permanent Injunction. (Hardoon, Laurence) (Entered: 09/12/2005) |
| 09/12/2005 | 16 | MEMORANDUM in Support re 12 MOTION for Preliminary Injunction filed by Neighborhood Association of the Back |

| | | |
|---|---|---|
| | | Bay, Inc., The Boston Preservation Alliance, Inc.. (Attachments: # 1 # 2 # 3 # 4)(Hardoon, Laurence) (Entered: 09/12/2005) |
| 09/13/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 13 Motion for Leave to File (Abaid, Kim) (Entered: 09/13/2005) |
| 09/15/2005 | 17 | NOTICE of Appearance by Erika M. Holmes on behalf of Massachusetts Bay Transportation Authority (Abaid, Kim) (Entered: 09/15/2005) |
| 09/19/2005 | 18 | Recommendations for Scheduling Order *For Briefing (Assented-To)*. (Smith, Barbara) (Entered: 09/19/2005) |
| 10/05/2005 | | NOTICE by the COURT: the hearing on the preliminary injunction will be held onOctober 18, 2005 at 11:00 a.m. the response to the motion shall be filed on October 11, 2005. (Lovett, Zita) (Entered: 10/05/2005) |
| 10/06/2005 | 19 | AFFIDAVIT OF SERVICE Executed by Neighborhood Association of the Back Bay, Inc.. Federal Transit Administration served on 6/14/2005, answer due 7/5/2005. Acknowledgement filed by Neighborhood Association of the Back Bay, Inc.. (Abaid, Kim) (Entered: 10/06/2005) |
| 10/06/2005 | 20 | SUMMONS Returned Executed Massachusetts Bay Transportation Authority served on 6/9/2005, answer due 6/29/2005. (Abaid, Kim) (Entered: 10/06/2005) |
| 10/06/2005 | 21 | AFFIDAVIT OF SERVICE Executed by Neighborhood Association of the Back Bay, Inc.. Federal Transit Administration served on 7/28/2005, answer due 8/17/2005. Acknowledgement filed by Neighborhood Association of the Back Bay, Inc.. (Abaid, Kim) (Entered: 10/06/2005) |
| 10/06/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 14 Consent to Jurisdiction by US Magistrate Judge filed by Neighborhood Association of the Back Bay, Inc.,, The Boston Preservation Alliance, Inc., - is DENIED.(Abaid, Kim) (Entered: 10/06/2005) |
| 10/07/2005 | 22 | MOTION to Strike 16 Memorandum in Support of Motion *Affidavit of Janet Hurwitz* by Massachusetts Bay Transportation Authority.(Holmes, Erika) (Entered: 10/07/2005) |

| 10/07/2005 | 23 | MEMORANDUM in Support re 22 MOTION to Strike 16 Memorandum in Support of Motion *Affidavit of Janet Hurwitz* filed by Massachusetts Bay Transportation Authority. (Attachments: # 1 Exhibit 1)(Holmes, Erika) (Entered: 10/07/2005) |
| --- | --- | --- |
| 10/11/2005 | 24 | Assented to MOTION for Leave to File Excess Pages by Federal Transit Administration.(Smith, Barbara) (Entered: 10/11/2005) |
| 10/11/2005 | 25 | Opposition re 12 MOTION for Preliminary Injunction filed by Federal Transit Administration. (Smith, Barbara) (Entered: 10/11/2005) |
| 10/11/2005 | 26 | MOTION for Leave to File Excess Pages by Massachusetts Bay Transportation Authority.(Holmes, Erika) (Entered: 10/11/2005) |
| 10/11/2005 | 27 | Opposition re 12 MOTION for Preliminary Injunction filed by Massachusetts Bay Transportation Authority. (Attachments: # 1 Exhibit 1-3# 2 Affidavit Michael Stoffel)(Holmes, Erika) (Entered: 10/11/2005) |
| 10/12/2005 | 28 | AFFIDAVIT of Dorothy Bowmer by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11)(Hardoon, Laurence) Modified on 10/13/2005 (Abaid, Kim). (Entered: 10/12/2005) |
| 10/13/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 24 Motion for Leave to File Excess Pages, granting 26 Motion for Leave to File Excess Pages (Abaid, Kim) (Entered: 10/13/2005) |
| 10/17/2005 | 29 | Assented to MOTION for Leave to File *Reply Memorandum in Support of their Motion for Preliminary and Final Injunction* by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc..(Hardoon, Laurence) (Entered: 10/17/2005) |
| 10/17/2005 | 30 | MEMORANDUM in Support re 12 MOTION for Preliminary Injunction filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Hardoon, Laurence) (Entered: 10/17/2005) |

| | | |
|---|---|---|
| 10/17/2005 | 31 | Opposition re 22 MOTION to Strike 16 Memorandum in Support of Motion *Affidavit of Janet Hurwitz* filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)(Hardoon, Laurence) Modified on 10/18/2005 (Abaid, Kim). (Entered: 10/17/2005) |
| 10/17/2005 | 32 | AFFIDAVIT *of Janet Hurwitz (Supplemental)* by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Hardoon, Laurence) (Entered: 10/17/2005) |
| 10/18/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 10/18/2005 re 12 MOTION for Preliminary Injunction filed by Neighborhood Association of the Back Bay, Inc.,, The Boston Preservation Alliance, Inc.,. MOTION TAKEN UNDER ADVISEMENT. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 10/18/2005) |
| 10/24/2005 | 33 | Proposed Document(s). Document received: Plainitffs' Proposed Order pursuant to Judge Tauro's suggestion at oral argument on October 18, 2005, regarding Plaintiffs' Motion for Preliminary Injunction. (Hardoon, Laurence) (Entered: 10/24/2005) |
| 10/31/2005 | 34 | *Defendants'* Response by Federal Transit Administration, Massachusetts Bay Transportation Authority to 33 Proposed Document(s) submitted. (Smith, Barbara) (Entered: 10/31/2005) |
| 11/01/2005 | 35 | TRANSCRIPT of Motion Hearing held on October 18, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/01/2005) |
| 11/08/2005 | 36 | Judge Joseph L. Tauro : ORDER entered denying 12 Motion for Preliminary Injunction (Abaid, Kim) (Entered: 11/08/2005) |
| 11/23/2005 | 37 | NOTICE OF APPEAL as to 36 Order on Motion for Preliminary Injunction by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, |

| | | |
|---|---|---|
| | | which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/13/2005. (Abaid, Kim) (Entered: 11/28/2005) |
| 11/23/2005 | ●38 | MOTION for Injunction Pending Appeal by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc..(Abaid, Kim) (Entered: 11/28/2005) |
| 11/23/2005 | ●39 | MEMORANDUM in Support re 38 MOTION for Injunction Pending Appeal filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Abaid, Kim) (Entered: 11/28/2005) |
| 11/30/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered 38 Motion for Injunction is DENIED WITHOUT PREJUDICE to re-filing with certification pursuant to Local Rule 7.1(A)(2). (Abaid, Kim) (Entered: 11/30/2005) |
| 12/01/2005 | ●40 | CERTIFICATE OF CONSULTATION re 38 MOTION for Preliminary Injunction, 39 Memorandum in Support of Motion *pursuant to Local Rule 7.1(a)(2)* by Laurence E. Hardoon on behalf of Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Hardoon, Laurence) (Entered: 12/01/2005) |
| 12/07/2005 | ●41 | MOTION for Preliminary Injunction *Pending Appeal* by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc..(Hardoon, Laurence) (Entered: 12/07/2005) |
| 12/07/2005 | ●42 | MEMORANDUM in Support re 41 MOTION for Preliminary Injunction *Pending Appeal* filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Hardoon, Laurence) (Entered: 12/07/2005) |
| 12/07/2005 | ●43 | CERTIFICATE OF CONSULTATION re 41 MOTION for Preliminary Injunction *Pending Appeal*, 42 Memorandum in Support of Motion *Pursuant to Local Rule 7.1(A)(2)* by Laurence E. Hardoon on behalf of Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.. (Hardoon, Laurence) (Entered: 12/07/2005) |
| 12/12/2005 | ● | Judge Joseph L. Tauro : Electronic ORDER entered denying |

|  |  |  |
|---|---|---|
|  |  | 41 Motion for Injunction Pending Appeal. (Abaid, Kim) (Entered: 12/13/2005) |
| 12/23/2005 | 44 | Certified and Transmitted Record on Appeal to US Court of Appeals re 37 Notice of Appeal, NOA #37 & document #36 (Ramos, Jeanette) (Entered: 12/23/2005) |
| 12/28/2005 | 45 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND OPINION (Attachments: # 1 Order)(Abaid, Kim) (Entered: 12/28/2005) |
| 01/24/2006 | 46 | USCA Case Number 06-1029 for 37 Notice of Appeal, filed by Neighborhood Association of the Back Bay, Inc., The Boston Preservation Alliance, Inc.,. (Ramos, Jeanette) (Entered: 01/24/2006) |