05-11211
USDC/MA
Tauro, J.

# United States Court of Appeals
## For the First Circuit

No. 06-1029

NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC.;
THE BOSTON PRESERVATION ALLIANCE, INC.,

Plaintiffs, Appellants,

**MANDATE**

v.

FEDERAL TRANSIT ADMINISTRATION;
MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendants, Appellees.

### JUDGMENT
Entered: September 14, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is affirmed.

The Plaintiff's Motion for Injunction Pending Appeals is denied. The Federal Transit Administration's Motion to Modify the Record, the Massachusetts Bay Transportation Authority's motion to supplement the record, and related motions are denied.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_

Deputy Clerk

Date: 11/6/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Hardoon, Ms. Brennan Regan, Ms. Holmes, Mr. Leonard, Ms. Lipton, Ms. Healy Smith, & Mr. Manning.]