UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIGHBORHOOD ASSOCIATION OF THE BACK BAY, INC., et al.,<br><br>Plaintiffs,<br><br>FEDERAL TRANSIT ADMINISTRATION and MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>Defendants. | CIVIL ACTION<br>NO. 05cv11211-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ERIKA M. HOLMES

Please withdraw my appearance as counsel for defendant Massachusetts Bay Transportation Authority in the above captioned matter. Stephen M. Leonard of Brown Rudnick Berlack Israels LLP will remain as counsel for the defendant Massachusetts Bay Transportation Authority.

Respectfully submitted,
**Massachusetts Bay Transportation Authority**
By its attorneys,

/s/ Erika M. Holmes
_____
Erika M. Holmes (BBO #657243)
Stephen M. Leonard (BBO #294080)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
E-mail: sleonard@brownrudnick.com

Dated: February 12, 2007

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

John R. Devereaux
Neighborhood Association of the Back Bay, Inc
337 Newbury Street
Boston, MA 02115

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Laurence E. Hardoon
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Dated: February 12, 2007

/s/ Erika M. Holmes
Erika M. Holmes

# 1479758 v1 - HOLMESEM - 020445/0001